361 P.2d 161

STATE ex rel. William C. EULER, Relator,

v.

Luis E. ARMIJO, Judge of the Fourth Judicial District in and for the County of Mora, State of New Mexico, Respondent.

No. 6952.

Supreme Court of New Mexico.

April 27, 1961.

COMPTON, Chief Justice.

Ordered, adjudged and decreed that the writ of prohibition be, and the same hereby is absolved and held for naught.

Further ordered, adjudged and decreed that the petition for writ of prohibition be, and the same hereby is dismissed.